UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:24-cv-24645-FAM

EDWYN DURANT and other similarly situated individuals,

    Plaintiff(s),

v.

DIRECT GUARD FLORIDA, LLC and RONNIE PADRON, and individual

    Defendants.

## STATEMENT OF CLAIM

The Plaintiff, EDWYN DURANT, hereby files his Statement of Claim pursuant to this Court's Order dated December 2, 2024.

1. **Amount of unpaid wages**: the estimated amount of unpaid wages in this case is:

| Time Period | Calculation | Amount of Unpaid Wages |
|---|---|---|
| 01/10/19-01/08/23 | $20 (hourly pay) x .5 (overtime rate) x 38 (approximate number of overtime hours) x 156 (compensable weeks) | $59,280.00 |
| 01/10/19-01/08/23 | Liquidated Damages | $59,280.00 |
| **Total unpaid overtime** | | $118,560.00 |
| 01/10/19-01/08/23 | 2 Checks of $3,500.00 each. | $7,000.00 |

**Total wages owed: $125,560.00**

**2.     Attorney's Fees:**

| Name | Rate | Hours Worked | Fees Incurred |
|---|---|---|---|
| Julisse Jimenez, Esq. | $450.00 per hour | 2.8 hours | $1,260.00 |
| Legal Assistant | $75.00 per hour | 8.73 hours | $654.75 |
| Total | | 11.53 | $1,914.75 |

**3.     Calculation of unpaid wages:** The Plaintiff worked for the Corporate Defendant from approximately October 2019 to August 2023. In total, the Plaintiff worked approximately 156 compensable weeks under the Act, or 156 compensable weeks if counted 3 years back from the filing of the instant action. The Corporate Defendant paid the Plaintiff on average approximately $20 per hour. However, the Corporate Defendant did not properly compensate the Plaintiff for hours that the Plaintiff worked in excess of 40 per week paying only a few, if any, hours of overtime a few times. In addition, the Plaintiff was not paid for two of the checks that he was owed, of $3,500.00 each.

**4.     Nature of wages:** Plaintiff was not paid at the lawful overtime wage rate for any of the hours during which he worked for the Defendants.

**5.     Total Amount of Damages Sought:** $59,280.00, plus an equal amount in liquidated damages or $118,560.00, unpaid wages in the amount of $7,000.00, plus attorney's fees incurred to date, interest, and costs in the amount of $555.00.

Dated: December 16, 2024.

Respectfully submitted,
By:   /s/ Julisse Jimenez
Julisse Jimenez, Esquire
Fla. Bar No.: 65387

2

Email: julisse@legalopinionusa.com

THE SAENZ LAW FIRM, PA
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 482-1475
*Counsel for Plaintiff*